# In the Circuit Court of the State of Oregon

For the County of Marion

| | |
|---|---|
| JACOB RAPANT,<br><br>                          Plaintiff,<br><br>vs.<br><br>GRIZZLY INDUSTRIAL, INC., a foreign business corporation,<br><br>                          Defendants. | Case No. 22CV22340<br><br>SUMMONS |

TO:   Grizzly Industrial, Inc.
      c/o Shiraz Balolia
      1821 Valencia St.
      Bellingham, WA 98229

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

_____
Signature of Attorney / Author for Plaintiff
C. Aaron Johnson OSB 093950
235 Front Street SE, Suite 200
Salem, OR 97302 1 503-363-3443

If you have any questions, you should see an attorney immediately If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
Trial Attorney if other than above                    Bar No.

STATE OF OREGON:        )
County of __Marion__    ) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Attorney(s) for Plaintiff(s)

**Exhibit A**
**Page 1 of 9**

# In the Circuit Court of the State of Oregon

For the County of Marion

| | |
|---|---|
| JACOB RAPANT,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>GRIZZLY INDUSTRIAL, INC., a foreign business corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 22CV22340<br><br>SUMMONS |

TO:  Grizzly Industrial, Inc.
     c/o Shiraz Balolia
     1821 Valencia St.
     Bellingham, WA 98229

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
Signature of Attorney/Author for Plaintiff
C. Aaron Johnson OSB 093950
235 Front Street SE, Suite 200
Salem, OR 973021  503-363-3443

_____     _____
Trial Attorney if other than above           Bar No.

STATE OF OREGON:       )
County of __Marion__          ) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
Attorney(s) for Plaintiff(s)

**Exhibit A**
**Page 2 of 9**

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| JACOB RAPANT,<br><br>    Plaintiff,<br><br>vs.<br><br>GRIZZLY INDUSTRIAL, INC., a foreign business corporation,<br><br>    Defendants. | CASE NO. 22CV22340<br><br>**COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL**<br><br>(Claim not subject to mandatory arbitration)<br><br>Amount prayed for: $5,000,000.00<br><br>Filing Fee of $884.00<br>pursuant to ORS 21.160(1)(c) |

Plaintiff alleges as follows:

1.

The amount in controversy exceeds the sum of $50,000.00 and, therefore, the present action is not subject to mandatory arbitration.

2.

At all times material, GRIZZLY INDUSTRIAL, INC., a foreign business corporation and/or its/their unknown business entities and/or unknown subsidiaries (collectively hereinafter referred to as Defendant) was and is a business entity licensed to do business within the state of Washington, and which conducts regularly sustained business activities in the State of Oregon.

///

///

1 – COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

3.

At all times material, Defendant was and is a Washington corporation engaged in the sale, and distribution of various woodworking equipment, including benchtop wood planers, dust collection systems, and dust collection hoods. Defendant markets, sells, and distributes its products throughout the state of Oregon, including in Marion County, Oregon.

4.

At all times material, Defendant did maintain and operate a website https://www.grizzly.com in which it regularly sold its products throughout the United States, including the State of Oregon.

5.

At all times alleged herein Plaintiff was a resident of the State of Oregon, Marion County.

6.

On or about October 9, 2020 Plaintiff purchased a Grizzly Model G0505 12 ½" Lean & Mean Portable Planer (hereinafter "G0505 planer") online from https://www.grizzly.com from his home in Marion County, Salem, Oregon.

7.

On or about April 13, 2021 Plaintiff purchased a Grizzly model H7516 Dust Hood featuring 4" dust port (hereinafter "H7516 dust hood"), and Grizzly G0710 1 HP Wall Hanging Dust Collector (hereinafter " G0710 dust collector") online from https://www.grizzly.com from his home in Marion County, Salem, Oregon.

8.

The H7516 dust hood was sold to be used specifically with the G0505 planer.

9.

The Grizzly G0710 dust collector is designed to work in conjunction with the Grizzly H7516 dust hood.

///

2 – **COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL**
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

Exhibit A
Page 4 of 9

10.

At all times material, Defendant sold and/or manufactured and/or distributed the G0505 planer and H7516 dust hood and was engaged in the business of selling G0505 planers and H7516 dust hoods. At all times material, the H7516 dust hood and G0505 planer were in s defective condition that were unreasonably dangerous to the ultimate user, Plaintiff, when the product left the Defendant's hands. At all times material, the product was intended to and did reach Plaintiff without substantial change in its condition.

11.

The G0505 planer left Defendant's hands in a condition that was not contemplated by Plaintiff and was unreasonably dangerous to Plaintiff and was defective in one or more of the following ways:

a) Failing to provide a means to safely connect the planer to a dust/chip collection system;
b) Failing to design a dust hood which was properly fitted/contoured to fit the G0505 wood planer;
c) In designing the H7516 dust collector attachment point on the G0505 wood planer without sufficient clearance above the cutterhead.

12.

The H7516 dust hood left Defendant's hands in a condition that was not contemplated by Plaintiff and was unreasonably dangerous to Plaintiff and was defective in one or more of the following ways:

a) In being constructed from materials with inadequate mechanical strength for its intended purpose;
b) In lacking the necessary bending/contour to properly and safely fit the G0505 planer;
c) In lacking proper size and shaped holes for attachment to the G0505 planer;
d) Failing to provide adequate warnings and/or instructions.

///

3 – **COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL**
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

13.

The G0505 planer and H7516 dust hood were not modified in any way after they left Defendant's hands.

14.

Plaintiff was using the G0505 planer and H7516 dust hood in a reasonably foreseeable manner at all times material.

15.

At all times mentioned, Plaintiff was unaware of the defective design and of the danger to him from the defective design.

16.

At all times material the G0505 planer and H7516 dust hood were dangerous to an extent beyond that which would be contemplated by an ordinary consumer who purchased the product with the ordinary knowledge common to the community as to its characteristics.

17.

Prior to marketing the H7516 dust hood the defendant knew, or should have known, of the design defects of the G0505 planer and H7516 dust hood. The defects in question are ones that are unreasonably dangerous and defective.

18.

A reasonable alternative design was available that would have avoided or reduced the risk of harm to the users of the H7516 dust hood and G0505 planer. The alternative design was technically and economically feasible and would have reduced or avoided the risk of harm to an ordinary consumer.

19.

On or about August 2, 2021 Plaintiff was using the G0505 planer in conjunction with the H7516 dust hood and the G0710 dust collector in the manner designed by the Defendant. While doing so, the dust port on the H7516 dust hood became clogged with saw dust. Plaintiff then

4 – COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

1  attempted to clear the blockage by tapping the H7516 dust hood with his right hand. As he did
2  so, the H7516 dust hood was pulled into the G0505 planer blades along with Plaintiff's right
3  hand. As a result, Plaintiff suffered injury to his right hand as set forth below.

20.

At all times material the G0505 planer and H7516 dust hood were not delivered in a condition that was safe for reasonably foreseeable use and handling. It is reasonably foreseeable that users of the G0505 planer and H7516 dust hood would experience dust build up. It is further foreseeable that users would attempt to clear a dust buildup in the same manner Plaintiff attempted, and it is reasonably foreseeable that any ordinary user would rely on their G0505 planer and the H7516 dust hood to be free of defects and design flaws.

21.

As a direct and proximate cause of the defective design of the G0505 planer and H7516 dust hood, Plaintiff was caused physical pain and suffering, together with severance/partial severance of 4 fingers on Plaintiff's right hand, as shown in Exhibit 1 to this Complaint.

22.

Plaintiff's injuries have affected his normal and usual activities, all of which are permanent and degenerative in nature and have increased his susceptibility to future injury, and future osteoarthritis all to his non-economic damage in an amount to be determined by a reasonable jury not to exceed the sum of $5,000,000.00.

23.

Plaintiff hereby requests a jury trial.

///
///
///

**5 – COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL**
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For non-economic damages in an amount determined to be fair by a jury, but not to exceed $5,000,000.00, said amount to be made more certain at the time of trial;
2. For Plaintiff's costs and disbursements incurred herein.

Dated this 6th day of July, 2022

                                              THE GATTI LAW FIRM

                                              By: s/ C. Aaron Johnson
                                              C. Aaron Johnson, OSB No. 093950
                                              Ryan S. Jennings, OSB No. 052931
                                              235 Front St. SE., STE 200
                                              Salem, Oregon 97301
                                              Phone: 503-363-3443
                                              Fax: 503-371-2482
                                              E-mail: cajohnson@gattilaw.com
                                              Attorneys for Plaintiff

6 – COMPLAINT FOR PERSONAL INJURIES AND REQUEST FOR JURY TRIAL
The Gatti Law Firm
235 Front St SE #200, Salem, OR 97301
(503) 363-3443

Exhibit A
Page 8 of 9

